UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

UNITED STATES OF AMERICA,

 -against-

RODOLFO DIAZ, JR. and CESAR FERNANDEZ-RODRIGUEZ,

          Defendants.

------------------------------------x

ORDER

20 Crim. 43 (GBD)

GEORGE B. DANIELS, United States District Judge:

The parties' request for an adjournment of the status conference scheduled for March 18, 2020, (ECF No. 15), is GRANTED. The status conference is adjourned to April 22, 2020 at 10:00 am. On the parties' motion, time is excluded in the interest of justice pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), until that time.

Dated: New York, New York
   March 13, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE