

# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
*and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

June 8, 2020

**BY ECF**

Honorable George B. Daniels
United States District Judge
500 Pearl Street
New York, New York 10007

Re:   **United States v. Rodolfo Diaz,**
      **20 Cr. 43 (GBD)**

SO ORDERED:

George B. Daniels
George B. Daniels, U.S.D.J.

Dear Judge Daniels:

Dated:   JUN 0 8 2020

I write to request permission for Mr. Diaz to travel to the Middle District of Florida for a family gathering in honor of his sister's anniversary. Mr. Diaz is in full compliance with his bail conditions, which, among other things, limit his travel to the Southern and Eastern District of New York. Mr. Diaz requests a temporary modification to that condition.

Specifically, Mr. Diaz proposes to leave New York for Florida on June 30 and to return on July 7. While in Florida he proposes to stay at his aunt's home in Kissimmee, Florida, at an address I have provided to Pretrial Services. If permitted to travel, Mr. Diaz will provide Pretrial Services with a detailed itinerary prior to his departure.

Neither the government nor Pretrial has any objection to this request.

Respectfully submitted,
/s/
Clay Kaminsky
Assistant Federal Defender
(212) 417-8749

CC:   AUSA Jacob Fiddelman