UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

UNITED STATES OF AMERICA,

    -against-

RODOLFO DIAZ, JR., and
CESAR FERNANDEZ-RODRIGUEZ,

                       Defendants.

------------------------------------x

ORDER

20 Crim. 43 (GBD)

GEORGE B. DANIELS, United States District Judge:

The Government's request for an adjournment of the status conference scheduled for August 26, 2020 (ECF No. 33) is GRANTED. The status conference is adjourned to October 28, 2020 at 10:00 am. On the Government's motion, made with the Defendants' consent, time is excluded in the interest of justice pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), until that time.

Dated: New York, New York
       August 18, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge