# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

August 24, 2020

**BY ECF**

Honorable George B. Daniels
United States District Judge
500 Pearl Street
New York, New York 10007

**SO ORDERED:**

/s/ George B. Daniels
George B. Daniels, U.S.D.J.

Dated: AUG 25 2020

Re: **United States v. Rodolfo Diaz,**
20 Cr. 43 (GBD)

Dear Judge Daniels:

I write without opposition to request permission for Mr. Diaz to travel to the Central District of California on a family trip. Mr. Diaz is in full compliance with his bail conditions and has previously traveled to Florida with the Court's approval.

Specifically, I request permission for Mr. Diaz to leave New York for Los on August 29 and to return on September 10. If the Court grants this request, a detailed itinerary will be provided to Pretrial Services before Mr. Diaz's departure.

Pretrial Services no objection to this request. The government defers to Pretrial Services.

Respectfully submitted,
/s/
Clay Kaminsky
Assistant Federal Defender
(212) 417-8749

CC: AUSA Jacob Fiddelman