UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,           :
                                    :
            -against-               :          ORDER
                                    :
RODOLFO DIAZ, JR., and              :          20 Crim. 43 (GBD)
CESAR FERNANDEZ-RODRIGUEZ,          :
                                    :
                        Defendants. :
------------------------------------x

GEORGE B. DANIELS, United States District Judge:

The parties' request for an adjournment of the status conference scheduled for December 2, 2020, (ECF No. 40), is GRANTED. The December 2, 2020 status conference is canceled. A plea hearing for Defendant Cesar Fernandez-Rodriguez is scheduled for February 3, 2021 at 9:00 a.m. A plea hearing for Defendant Rodolfo Diaz, Jr. is scheduled for February 4, 2021 at 10:00 a.m. Both plea hearings will occur by videoconference. On the Government's motion, made with the Defendants' consent, time is excluded in the interest of justice pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), until February 4, 2021.

Dated: New York, New York
       December 2, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge