**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

UNITED STATES OF AMERICA,

-against-

RODOLFO DIAZ, JR.,

                    Defendant.

------------------------------------- x

ORDER

20 Crim. 43-1 (GBD)

GEORGE B. DANIELS, United States District Judge:

Defendant's sentencing is rescheduled from June 9, 2021 to June 30, 2021 at 10:00 am.

Accordingly, the Clerk of Court is directed to close Defendant's letter motion at ECF No. 54.

Dated: New York, New York
       May 25, 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge