**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 19, 2021

**SO ORDERED**

Defendant's sentencing is adjourned from
June 30, 2021 until July 28, 2021 at 10:00 a.m.

*George B. Daniels*   JUN 21 2021

**BY ECF**

The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Rodolfo Diaz, Jr.*, S1 20 Cr. 43 (GBD)

Dear Judge Daniels:

The Government writes on behalf of both parties to jointly request that the Court adjourn the upcoming June 30, 2021 sentencing as to defendant Rodolfo Diaz, Jr. to Monday, July 19, 2021, or another day that week that is convenient for the Court. The adjournment is necessary because the Probation Office has not yet released the final Presentence Report as to the defendant, which has prevented the parties from preparing their sentencing submissions on the timetable required by the Court's Individual Practices. The final Presentence Report is expected to be released this upcoming week, so only a brief adjournment is necessary.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

by: _____
Jacob R. Fiddelman
Assistant United States Attorney
(212) 637-1024

cc:   Genesis Peduto, Esq. (by ECF)