UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
UNITED STATES OF AMERICA,

    -against-

RODOLFO DIAZ, JR.,

                          Defendant.
------------------------------------- x

ORDER

20 Crim. 43-1 (GBD)

GEORGE B. DANIELS, United States District Judge:

Defendant's sentencing on July 28, 2021 is rescheduled from 10:00 a.m. to 10:30 a.m.

Dated: New York, New York
       July ___, 2021

SO ORDERED.

_____
GEORGE B. DANIELS
United States District Judge