USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 2 8 2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

UNITED STATES OF AMERICA,

    -against-

RODOLFO DIAZ, JR.,

                 Defendant.

------------------------------------- x

ORDER

20 Crim. 43-1 (GBD)

GEORGE B. DANIELS, United States District Judge:

    Defendant's sentencing is adjourned from July 28, 2021 to August 4, 2021 at 10:00 a.m.

The sentencing will proceed live.

Dated: New York, New York
       July 28, 2021

SO ORDERED.

_____
GEORGE B. DANIELS
United States District Judge